IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL VALENCIA,<br><br>         Plaintiff,<br><br>     vs.<br><br>CONNIE GIBSON, et al.,<br><br>         Defendants.<br>_____ / | 1:12-cv-01036-LJO-GSA (PC)<br><br>ORDER TO SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee. On July 20, 2012, Plaintiff submitted an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915. However, Plaintiff did not fill in all of the information requested on the application form. Plaintiff failed to state the date of his last employment, the amount of the gross and net salary and wages per month which he received, whether he is married, and whether he has debts. Plaintiff shall be permitted to submit a new, completed application for the Court's consideration.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. <u>Plaintiff is not required to submit another certified copy of his trust account statement</u>. **No requests for extension will be granted without a showing of good cause**.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:    July 26, 2012                              /s/ Gary S. Austin
                                                   UNITED STATES MAGISTRATE JUDGE