IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL VALENCIA,   | 1:12-cv-01036-LJO-GSA (PC) |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| CONNIE GIBSON, et al., | (MOTION #12) |
| Defendants. | |
| _____/ | |

On October 9, 2012, plaintiff filed a motion seeking the appointment of counsel. Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989). However, in certain exceptional circumstances the court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). Rand, 113 F.3d at 1525.

Without a reasonable method of securing and compensating counsel, the court will seek volunteer counsel only in the most serious and exceptional cases. In determining whether "exceptional circumstances exist, the district court must evaluate both the likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." Id. (internal quotation marks and citations omitted).

1    In the present case, the court does not find the required exceptional circumstances.  On September 21, 2012, the Court entered findings and recommendations, recommending that this case be dismissed based on Plaintiff's failure to state a claim in the Complaint.  (Doc. 11.) Based on the findings and recommendations, the Court has determined that Plaintiff is unlikely to succeed on the merits.  Plaintiff claims that his personal property was lost and he was not compensated, and that the grievance process was not made available to him.  These claims are not complex, and a review of the record shows that Plaintiff is responsive, adequately communicates, and is able to articulate his claims.   Therefore, Plaintiff's motion shall be denied, without prejudice to renewal of the motion at a later stage of the proceedings.

    For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:**   **October 11, 2012**          **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE