1
2
3
4
5
6
7          **IN THE UNITED STATES DISTRICT COURT FOR THE**
8                 **EASTERN DISTRICT OF CALIFORNIA**
9

10   ABEL VALENCIA,                    )    NO. 1:12 cv  01036 LJO GSA PC
                                        )
11                    Plaintiff,        )    ORDER ADOPTING FINDINGS AND
                                        )    RECOMMENDATIONS
12        v.                            )    (ECF No. 11 )
                                        )
13   C. GIBSON, ET AL.,                 )    ORDER DISMISSING ACTION FOR
                                        )    FAILURE TO STATE A CLAIM
14                    Defendants.       )    UPON WHICH RELIEF MAY BE
     _____   )    GRANTED UNDER SECTION 1983
15
                                             ORDER THAT DISMISSAL IS
16                                           SUBJECT TO 28 U.S.C. § 1915(g)
17                                           ORDER DIRECTING CLERK TO
                                             CLOSE CASE
18
19
20        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was
21   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule
22   302.
23        On September 21, 2012, findings and recommendations were entered, recommending
24   dismissal of this action for failure to state a claim upon which relief can be granted.  Plaintiff was
25   provided an opportunity to file objections within thirty days.   On October 9, 2012, Plaintiff filed
26   objections to the findings and recommendations.
27        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this
28   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on September 21, 2012, are adopted in full;

2.  This action is dismissed with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;

3.  This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g); and

4.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:**    **October 26, 2012**             /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE