UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABEL VALENCIA, | ) | 1:12-cv-01036-LJO-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION AS MOOT |
| | ) | |
| vs. | ) | |
| | ) | (Doc. 17.) |
| C. GIBSON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Abel Valencia ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. This case was dismissed on October 26, 2012, for Plaintiff's failure to state a claim. (Doc. 15.) On November 5, 2012, Plaintiff filed a motion to amend the complaint. (Doc. 17.) In light of the fact that this case has been dismissed, Plaintiff's motion is moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to amend the complaint, filed on November 5, 2012, is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **November 9, 2012**             **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE